**POLACHEK LAW FIRM, P.C.**
BY:  **RICHARD A. POLACHEK, ESQUIRE [PA I.D. No. 35283]**
COUNSEL FOR DEFENDANT, JENNIFER OILER, Individually and in her official capacity
PHOENIX PLAZA l 22 EAST UNION STREET, SUITE 600 l WILKES-BARRE, PA 18701-2723
(570) 822-8515  FAX (570) 822-5748

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES & APRIL BONHAM, individually and o/b/o J.B., their minor son, | : | NO. 3:19-cv-00709-ARC |
| PLAINTIFFS | : | |
| V. | : | CIVIL ACTION - LAW |
| SUSAN MARIE BOBERSKY, Individually and in her official capacity; NORTHWEST AREA SCHOOL DISTRICT; ABRAHAM L. MONROE, Individually and in his official capacity; BARCHIK BUS SERVICE, L.L.C.; ANTHONY GRIECO, ED.D., Individually and in his official capacity; JENNIFER OILER, Individually and in her official capacity; JAMES McGOVERN, Individually and in his official capacity; ADAM SORBER, Individually and in his official capacity; NORTHWEST AREA SCHOOL DISTRICT GOVERNING BOARD OF EDUCATION, | : | JURY TRIAL DEMANDED |
| DEFENDANTS | : | *ELECTRONICALLY FILED* |

## ORDER

AND NOW THIS _____ DAY OF _____, 2022, upon consideration of the Unopposed Joint Motion to Permit Claims Representative for Defendants, Jennifer Oiler, Northwest Area School District, and Adam Sorber, to Participate Telephonically in the Settlement Conference Scheduled Before U.S. Magistrate Judge Joseph F. Saporito, Jr., on April 29, 2022:

IT IS HEREBY ORDERED that said Motion is granted and the claims representative for Defendants, Jennifer Oiler, Northwest Area School District, and Adam Sorber, is hereby permitted to participate telephonically in the Settlement Conference scheduled before U.S. Magistrate Judge Joseph F. Saporito, Jr., on April 29, 2022.

BY THE COURT:

_____
J.